In the Matter of the Accounting of WILLIAM B. DAVENPORT, as Administrator of ELIZA T. WHITE, Deceased, Respondent.

JOSIAH J. WHITE, Individually and as General Guardian of FREDERIC HALL WHITE, an Infant, Appellant.

*Matter of Davenport,* 74 App. Div. 624, appeal dismissed.
(Argued January 5, 1903; decided January 13, 1903.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 13, 1902, which affirmed an order

of the Kings County Surrogate's Court vacating the report of a referee to whom the account herein had been referred and remanding the same to said referee for a further hearing.

The motion was made upon the grounds that the appellant had failed to serve the papers required by the rules of the Court of Appeals and that said court had no power to entertain the appeal.

*George S. Ingraham* for motion.

*Josiah J. White*, in person, opposed.

Motion granted and appeal dismissed, with costs accrued in this court and ten dollars costs of motion.